**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-18-8127-PCT-GMS |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DETENTION** |
| Jayson Lee Yazzie, | ) | |
| Defendant. | ) | |

Defendant was released on Pretrial Supervision on 4/26/2018. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

The Government moved to dismiss the Petition and the Court granted that motion.

Arguments made on the issue of continued detention, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the Defendant's release is revoked and he is detained pending further order of the Court.

DATED this 7th day of May, 2018.

Michelle H. Burns
United States Magistrate Judge